# United States District Court
# Northern District of Indiana

| | |
|---|---|
| PAUL HOPKINS, | ) |
| | ) |
| Plaintiff, | ) |
| | )   Civil Action No. 4:10-CV-075 JVB |
| v. | ) |
| | ) |
| DR. TOMAS, | ) |
| | ) |
| Defendant. | ) |

## OPINION AND ORDER

Paul Hopkins, a *pro se* plaintiff, filed this case on September 24, 2010. He paid the filing fee on October 5, 2010, but has had no contact with the court since then. To date, no defendants have appeared nor has Hopkins provided proof of service. On February 10, 2011, he was ordered to show cause why this case should not be dismissed pursuant to Federal Rules of Civil Procedure 4(m) and 41(b). He was cautioned that if he did not respond to that order, that this case would be dismissed. It has been more than 18 months since the deadline for responding expired, but he has not done so. Clearly, Hopkins has abandoned this case.

For the foregoing reasons, this case is **DISMISSED** pursuant to FED. R. CIV. P. 4(m) and 41(b).

**SO ORDERED** on October 22, 2012.

    S/ Joseph S. Van Bokkelen
JOSEPH S. VAN BOKKELEN
UNITED STATES DISTRICT JUDGE